

# COURT OF APPEALS
## SECOND DISTRICT OF TEXAS
### FORT WORTH

**NO. 02-18-00060-CV**

SHEIK TEHUTI                                                APPELLANT

V.

MICHAEL R. CAMPBELL,                                       APPELLEE
PERSONALLY, AND D/B/A
CONSTABLE OF PCT 8, AND 2017-
00659-1

------------

FROM COUNTY COURT AT LAW NO. 1 OF TARRANT COUNTY
TRIAL COURT NO. 2018-000778-1

------------

## MEMORANDUM OPINION[1] AND JUDGMENT

------------

On June 21, 2018, we notified appellant that his brief had not been filed as required by Texas Rule of Appellate Procedure 38.6(a). *See* Tex. R. App. P. 38.6(a). We stated that we could dismiss the appeal for want of prosecution unless appellant filed with the court within ten days an appellant's brief and a

---

[1]*See* Tex. R. App. P. 47.4.

motion reasonably explaining the failure to file an appellant's brief and the need for an extension. *See* Tex. R. App. P. 10.5(b), 38.8(a)(1), 42.3(b). We have not received any response.

Because appellant has failed to file a brief after having been given an opportunity to provide a reasonable explanation for the failure, we dismiss the appeal for want of prosecution. *See* Tex. R. App. P. 38.8(a)(1), 42.3(b), 43.2(f).

PER CURIAM

PANEL:  MEIER, GABRIEL, and KERR, JJ.

DELIVERED:  July 26, 2018